# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Iceotope Group Limited,<br><br>           Plaintiff,<br><br>v.<br><br>LiquidCool Solutions, Inc.,<br><br>           Defendant. | Civil No. 20-cv-02644 (WMW/KMM)<br><br>**DEFENDANT'S RULE 12<br>MOTION TO DISMISS** |

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant LiquidCool Solutions, Inc., by and through its undersigned attorneys, hereby moves this Court for an order dismissing Plaintiff Iceotope Group Limited's Complaint (Dkt. # 1) in its entirety, with prejudice.

This motion is based on Defendant's accompanying memorandum of law, arguments of counsel, and all the files, records and proceedings in this case.

                                                             Respectfully submitted,

Dated:  April 5, 2021                         *s/ David L. De Buin*
                                                       David L. De Bruin (#6294648 IL)
                                                       (*Admitted pro hac vice*)
                                                       ddebruin@honigman.com
                                                       Ron N. Sklar (#6304022 IL)
                                                       (*Admitted pro hac vice*)
                                                       rsklar@honigman.com
                                                       HONIGMAN LLP
                                                       155 North Wacker Drive, Suite 3100
                                                       Chicago, IL  60606
                                                       Telephone:  (312) 701-9322
                                                       Facsimile:  (312) 701-9335

and

Arthur G. Boylan (#338229)
aboylan@anthonyostlund.com
ANTHONY OSTLUND BAER &
LOUWAGIE P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 349-6969
Facsimile:  (612) 349-6996

*Attorneys for Defendant LiquidCool Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby state that I caused a copy of the attached **Defendant's Rule 12 Motion to Dismiss** to be filed electronically with the Clerk of the Court using the CM/ECF system on April 5, 2021, which will automatically forward notice to all counsel of record.

*/s/ David L. De Bruin*
*Attorney for Defendant LiquidCool Solutions, Inc.*