# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Iceotope Group Limited,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LiquidCool Solutions, Inc.,<br><br>　　　　　Defendant. | Civil No. 20-cv-02644 (WMW/KMM)<br><br>**NOTICE OF HEARING<br>ON DEFENDANT'S MOTION<br>TO DISMISS** |

PLEASE TAKE NOTICE that on Friday, June 11, 2021 at 1:00 p.m., we shall appear before The Honorable Wilhelmina M. Wright in Courtroom 7A in the United States District Court, 316 North Robert Street, St. Paul, MN 55101, at which time Defendant LiquidCool Solutions, Inc. will move this Court for an order dismissing Plaintiff Iceotope Group Limited's Complaint (Dkt. # 1) in its entirety, with prejudice.

Respectfully submitted,

Dated: April 5, 2021

*s/ David L. De Buin*
David L. De Bruin (#6294648 IL)
(*Admitted pro hac vice*)
ddebruin@honigman.com
Ron N. Sklar (#6304022 IL)
(*Admitted pro hac vice*)
rsklar@honigman.com
HONIGMAN LLP
155 North Wacker Drive, Suite 3100
Chicago, IL 60606
Telephone: (312) 701-9322
Facsimile: (312) 701-9335

and

Arthur G. Boylan (#338229)
aboylan@anthonyostlund.com
ANTHONY OSTLUND BAER &
LOUWAGIE P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 349-6969
Facsimile: (612) 349-6996

*Attorneys for Defendant LiquidCool Solutions, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby state that I caused a copy of the attached **Notice of Hearing on Defendant's Motion to Dismiss** to be filed electronically with the Clerk of the Court using the CM/ECF system on April 5, 2021, which will automatically forward notice to all counsel of record.

*/s/ David L. De Bruin*
*Attorney for Defendant LiquidCool Solutions, Inc.*