UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Iceotope Group Limited,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LiquidCool Solutions, Inc.,<br><br>　　　　Defendant. | Civil No. 20-cv-02644 (WMW/KMM)<br><br><br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned attorney, Daniel R. Hall, of Anthony Ostlund Baer & Louwagie P.A., enters his appearance on behalf of Defendant LiquidCool Solutions, Inc.  All other counsel of record for Defendant LiquidCool Solutions, Inc. remain in place.

Dated:  May 4, 2021

**ANTHONY OSTLUND
BAER & LOUWAGIE P.A.**

By:  *s/ Daniel R. Hall*
　　Daniel R. Hall (#0392757)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:  (612) 349-6969
Email:  dhall@anthonyostlund.com

**ATTORNEYS FOR DEFENDANT**